**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     The University of Texas MD Anderson Cancer Center v. Courtney
Simpson

Appellate case numbers:  01-20-00679-CV

Trial court case number: 2018-51087

Trial court:             152nd District Court of Harris County

     Appellee, Courtney Simpson, has filed an unopposed second motion for extension of time
to file her motion for rehearing and motion en banc reconsideration.  The motion is **granted**, and
the time to file appellee's motion for rehearing and motion en banc reconsideration is extended
to **September 17, 2021**.

     It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                  Acting individually

Date:  September 9, 2021